UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DANIEL WADE BURLESON,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 3:11-CV-05063-RBL-KLS<br><br>ORDER CORRECTING THE<br>ADMINISTRATIVE RECORD<br><br>CLERK'S ACTION REQUIRED |

Based upon the parties' stipulated motion to strike the administrative record that was filed on June 1, 2011 (Dkt. #10), it is hereby ORDERED that said administrative record is stricken from the Court record, and is to be replaced with an administrative record that was certified on September 23, 2011, to be filed by Defendant within 14 days from the entry of this Order.

DATED this 11th day of October, 2011.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Daphne Banay
DAPHNE BANAY
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste 2900, M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2113
Fax: (206) 615-2531
daphne.banay@ssa.gov